**Opinion issued June 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00366-CR

————————————

**DAVID CLEO RICHARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 473584**

---

## MEMORANDUM OPINION

Appellant, David Cleo Richard, was convicted of aggravated robbery on June 27, 1988. Richard filed a timely notice of appeal on July 8, 1988, and we issued an opinion affirming the trial court's judgment on April 26, 1990. *Richard*

*v. State*, 788 S.W.2d 917 (Tex. App.—Houston [1st Dist.] 1990, no pet.). Our mandate issued on June 11, 1990.

Richard filed additional notices of appeal on June 9, 2009 and December 29, 2009. We dismissed both of those appeals for lack of jurisdiction. *Richard v. State*, No. 01-10-00025-CR, 2011 WL 6306664 (Tex. App.—Houston [1st Dist.] Dec. 15, 2011, no pet.) (not designated for publication); *Richard v. State*, No. 01-09-00558-CR, 2009 WL 3050818 (Tex. App.—Houston [1st Dist.] Sept. 18, 2009, no pet.) (not designated for publication).

On April 10, 2013, Richard filed another notice of appeal.

Richard's conviction became final on June 11, 1990. Pursuant to article 11.07 of the Texas Code of Criminal Procedure, exclusive post-conviction jurisdiction of the case has passed to the Texas Court of Criminal Appeals. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2012); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).